NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000030
09-MAR-2018
07:59 AM

NO. CAAP-15-0000030

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


TERI NGUYEN, Plaintiff-Appellant, v.
LAUREL YANAGI, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KA'Ū DIVISION
(CASE NO. 3RC14-1-493K)


ORDER OF CORRECTION
(By:  Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on February 26, 2018, is corrected as follows:

The court from which the appeal was taken in the case caption on the first page:

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KONA DIVISION

is corrected by changing the division designation so that it reads:

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KA'Ū DIVISION

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 9, 2018.

Lawrence M Reifurth
Associate Judge

---

[1]    Fujise, Acting Chief Judge, and Reifurth and Chan, JJ.